Ronald G. HARRIS, et al., Plaintiffs,

Ronald G. Harris; Susette M. Harris, Plaintiffs–Appellants,

v.

UNITED STATES of America; Carabeth Luckey, Officially and Individually; Barbara Howze, Officially and Individually; Joseph Macaluso, Offi-

cially and Individually; Don H. Williams, Officially and Individually; Penny Son, Officially and Individually, Defendants–Appellees.

No. 04–20996.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2006.

Ronald G. Harris, Pinehurst, TX, pro se.

Susette M. Harris, Pinehurst, TX, pro se.

Joseph A Pitzinger, III, U.S. Department of Justice Tax Division, Dallas, TX, Annette Marie Wietecha, U.S. Department of Justice, Washington, DC, Carabeth Stringer Luckey, Omaha, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED for reasons stated by the District Court.[1]

---

* Pursuant to the 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except un-

der limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See* 5th Cir. R. 47.6.